IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>IKOR, INC., et al.,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS<br>_____/ | No. C 11-5452 CW<br><br>ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME (Docket No. 40) |

Defendant IKOR seeks an extension of time to file its second amended answer, counter-complaint, and third-party complaint, which was originally due on December 26, 2012. The Court hereby grants Defendant a one-week extension. Defendant shall file its second amended answer, counter-complaint, and third-party complaint by January 2, 2013.

IT IS SO ORDERED.

Dated: 12/28/2012

CLAUDIA WILKEN
United States District Judge