IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGTALE, LTD.,  No. C 11-05452 CW

    Plaintiff,

  v.  ORDER OF REFERENCE TO MAGISTRATE JUDGE

IKOR, INC., et al.,

    Defendants.

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 3/20/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef