**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOGTALE, LTD.,                                    No. C-11-05452-CW  (DMR)

        Plaintiff(s),                           **NOTICE AND ORDER SETTING**
                                        **HEARING ON JOINT DISCOVERY**
       v.                                          **LETTER**

 IKOR, INC. ET AL,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       The court is in receipt of the parties' joint letter regarding their discovery dispute (Doc. #55).

You are hereby notified that a hearing regarding the dispute is set for **April 18, 2013** at **11:00 a.m.**

at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and

floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click

"Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).


       IT IS SO ORDERED.


Dated:  March 28, 2013

_____
DONNA M. RYU
United States Magistrate Judge