MARK C. GOODMAN (Bar No. 154692)
ELIZABETH N. KNIER (Bar No. 156359)
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: 415.374.2300
Facsimile: 415.374.2499
mark.goodman@hoganlovells.com
elizabeth.knier@hoganlovells.com

Attorneys for Plaintiff
LOGTALE, LTD.


JONATHAN K. VAN PATTEN (SBN 058529)
P.O. Box 471
Vermillion, South Dakota 57069
Telephone: (6050 677-5361
Facsimile: (605) 677-5417
jvanpatt@usd.edu

Attorney for the Defendants IKOR, Inc., Dr. James
Canton, and Dr. Ross Tye

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LOGTALE, LTD., a British Virgin Islands corporation<br><br>Plaintiff,<br><br>vs.<br><br>IKOR, INC., a South Dakota corporation, DR. JAMES CANTON, an individual, and DR. ROSS W. TYE, an individual.<br><br>Defendants. | Case No.: 4:11-CV-05452-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>***Current CMC Date***<br>Date: September 4, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Floor: 4<br><br>***Proposed CMC Date***<br>Date: September 12, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Floor: 4 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
– Case No. 4:11-CV-05452-CW

| | |
|---|---|
| 1 | IKOR, Inc., a South Dakota Corporation, |
| 2 | Third-Party Plaintiffs, |
| 3 | vs. |
| 4 | NEW WORLD MOBILE HOLDINGS, LTD., a Cayman Islands corporation, NEW A INNOVATION, a Hong Kong corporation, NEW A INNOVATION, a New Zealand corporation, DR. NORMAN WAI, an individual, and GERALD TO, an individual, |
| 7 | Third-Party Defendants. |

1   Pursuant to Civil Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED AND
2   AGREED by and between Plaintiff Logtale, Ltd. and Defendants IKOR, Inc., Dr. James Canton
3   and Dr. Ross W. Tye (collectively, "Defendants"), through their undersigned counsel that:
4       1.    Counsel of record for the Plaintiff is unable to appear at the Case Management
5   Conference on September 4, 2013 at 2:00 p.m. because lead counsel will be out of the country
6   and other counsel has a conflict.
7       2.    It is requested that the Court reschedule the Case Management Conference to
8   September 12, 2013 at 2:00 p.m., October 16, 2013 at 2:00 p.m. or October 23, 2013 at 2:00 p.m.

Date: August 16, 2013                  HOGAN LOVELLS US LLP

By: /s/ Mark C. Goodman

Mark C. Goodman
Attorneys for Plaintiff
LOGTALE, LTD.

Date: August 16, 2013

By: /s/ Jonathan K. Van Patten

Jonathan K. Van Patten
Attorneys for Defendants
IKOR, INC., DR. JAMES CANTON and
DR. ROSS W. TYE

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, the Case Management Conference scheduled for September 4 is rescheduled to  October 16, 2013                            .

    IT IS SO ORDERED.


Date:  August  20 , 2013

By: *[signature]*

Honorable Claudia Wilken
United States District Judge