UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C-11-05452 CW (DMR) |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| IKOR, INC. ET AL, | |
| Defendants. | |

The court is in receipt of Plaintiff Logtale, Ltd.'s September 5, 2013 letter regarding its motion for sanctions. [Docket No. 69.] By no later than September 19, 2013, Defendants IKOR, Dr. James Canton and Dr. Ross Tye shall file an opposition to Plaintiff's motion. Defendants' opposition shall not exceed five (5) pages.

IT IS SO ORDERED.

Dated: September 9, 2013

DONNA M. RYU
United States Magistrate Judge