UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C-11-05452-DMR |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON DISCOVERY LETTERS** |
| v. | |
| IKOR, INC. ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' letters regarding their discovery dispute [Docket Nos. 69 and 71].   You are hereby notified that a hearing regarding the dispute is set for **October 31, 2013 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: September 26, 2013

_____
DONNA M. RYU
United States Magistrate Judge