Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: eelliot@bfesf.com
clee@bfesf.com

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT
and ERIC GUTHERTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADD ONOMOWALE SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, ERIC GUTHERTZ,<br><br>    Defendants. | Case No. 3:13-cv-04321-EDL<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 25, 2014 AND [PROPOSED] ORDER**<br><br>Hon. Elizabeth D. Laporte |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, acting by and through their respective legal counsel, hereby stipulate to continue the Case Management Conference in the above-named matter from February 18, 2014 to February 25, 2014.

Good cause exists for this continuance because lead counsel for defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT and ERIC GUTHERTZ, Eugene B. Elliot, has a scheduling conflict on February 18, 2014, which was set by the court *sua sponte* and which counsel received notice of on January 8, 2014. Counsel for plaintiff has confirmed that he is available for, and has agreed to continue the Case Management Conference to, February 25, 2014 or a later date convenient for the Court. All other deadlines and due dates will remain the same.

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
USDC Case No.: 3:13-cv-04321-EDL

The parties therefore respectfully request a continuance of the Initial Case Management Conference from February 18, 2014 to February 25, 2014, or a date thereafter that is convenient for the court.

Dated: January 14, 2014                                BERTRAND, FOX & ELLIOT


                                                       By:  /s/ Eugene Elliot
                                                            Eugene B. Elliot
                                                            Christine Lee
                                                            Attorneys for Defendants
                                                            SAN FRANCISCO UNIFIED SCHOOL
                                                            DISTRICT and ERIC GUTHERTZ


Dated: January 13, 2014

                                                       By:  /s/ Marc Guillory
                                                            Marc A. Guillory
                                                            Attorneys for Plaintiff
                                                            TADD ONOMOWALE SCOTT


## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

The Case Management Conference currently set for February 18, 2014 is continued to February 25, 2014 at 3 p.m.

IT IS SO ORDERED.

Dated: Jan 15, 2014

                                                       Elizabeth D. Laporte
                                                       U.S. DISTRICT COURT MAGISTRATE JUDGE

---

2
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
USDC Case No.: 3:13-cv-04321-EDL