MARK C. GOODMAN (Bar No. 154692)
ELIZABETH N. KNIER (Bar No. 156359)
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: 415.374.2300
Facsimile: 415.374.2499
mark.goodman@hoganlovells.com
elizabeth.knier@hoganlovells.com

Attorneys for Plaintiff
LOGTALE, LTD.

Earl L. Bohachek (Bar No. 55476)
LAW OFFICES OF EARL L. BOHACHEK
Westamerica Bank Building
1108 Fifth Avenue, Third Floor
San Rafael, California 94901
Telephone: 415.455.0700
Facsimile: 415.456.0266
elbohachek@aol.com

Attorney for Defendants IKOR, Inc., Dr. James Canton, and Dr. Ross Tye

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOGTALE, LTD., a British Virgin Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IKOR, INC., a South Dakota corporation, DR. JAMES CANTON, an individual, and DR. ROSS W. TYE, an individual,<br><br>Defendants. | Case No.: 3:11-CV-05452-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>***Original Date***<br>Date: January 21, 2014<br>Time: 3:00 p.m.<br>Courtroom: E<br>Floor: 15<br><br>***Requested Date***<br>Date: January 28<br>Time: 3:00 p.m.<br>Courtroom: E<br>Floor: 15 |

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER – Case No. 3:11-CV-05452-EDL

Pursuant to Civil Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Logtale, Ltd. and Defendants IKOR, Inc., Dr. James Canton and Dr. Ross W. Tye (collectively, "Defendants"), through their undersigned counsel that:

1. Counsel of record for Plaintiff and Defendants are unable to appear at the Case Management Conference on January 21, 2014 at 3:00 p.m.

2. It is jointly requested that the Court reschedule the Case Management Conference for January 28, 2014 at 3:00 p.m.

Date: January 15, 2014    HOGAN LOVELLS US LLP

By: /s/ Mark C. Goodman

Mark C. Goodman
Attorneys for Plaintiff
LOGTALE, LTD.

Date: January 15, 2014

By: /s/ Earl L. Bohachek

Earl L. Bohachek
Attorney for Defendants
IKOR, INC., DR. JAMES CANTON and
DR. ROSS W. TYE

# [PROPOSED] ORDER

Pursuant to the above Stipulation, the Case Management Conference scheduled for January 21 at 3:00 p.m. is rescheduled to January 28 at 3:00 p.m.

IT IS SO ORDERED.

Date: January 16 2014

By: /s/ Elizabeth D. Laporte

Honorable Elizabeth D. Laporte
United States Magistrate Judge