IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C -11-05452 (EDL) |
| Plaintiff, | **ORDER RE JOINT STATEMENT** |
| v. | |
| IKOR, INC. et al., | |
| Defendants. | |

Defendants moved to amend their counterclaims to add allegations regarding Plaintiff's trademark and patent for "Oxapex," a drug that Defendants claim is identical their drug. Although Defendants asserted that they moved diligently to amend upon recently learning of the trademark and patent, they have not provided the Court with information regarding when the trademark and patent filings for Oxapex became publicly available. The Court orders the parties to file a joint statement addressing when the public had notice of the trademark and patent application and/or issuance for Oxapex no later than March 11, 2014. Each side is limited to three pages, exclusive of attachments.

**IT IS SO ORDERED.**

Dated: March 5, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge