United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C-11-05452 (EDL) |
| Plaintiff, | **ORDER DENYING MOTION TO STRIKE AND MOTION TO SHORTEN TIME** |
| v. | |
| IKOR, INC. et al., | |
| Defendants. | |

Plaintiff moves to strike the Declaration of Jonathan Van Patten in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Amend. The Court denies Plaintiff's motion because it is not authorized by the Local Rules, which provide that "[a]ny evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum." The Court denies Plaintiff's motion to shorten time as moot.

**IT IS SO ORDERED.**

Dated: March 26, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge