IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C -11-05452(EDL) |
|     Plaintiff, | **NOTICE AND ORDER RE: DKTS. 183 & 184** |
| v. | |
| IKOR, INC., et al., | |
|     Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    This Court is in receipt of the Parties' July 8, 2014 and July 10, 2014 letters to Judge Ryu. You are hereby notified that Judge Laporte will be resolving the dispute addressed in Plaintiff's July 8, 2014 letter and are directed to address further communications to the Court regarding this matter to Judge Laporte. You are further notified that any future disputes, unless genuinely closely related to disputes previously decided by Judge Ryu (which is unlikely), should be addressed to Judge Laporte. Defendants are hereby ordered to file a response of no more than four pages to Plaintiff's July 8, 2014 letter by July 17, 2014. Plaintiff is hereby ordered to file a declaration attaching copies of the three subpoenas duces tecum at issue in its letter by July 14, 2014. The Parties are directed to file no additional letters or briefing on this matter unless ordered by the Court.

    If the Court determines a hearing on this matter is necessary, it will be held on July 29, 2014, at 9:00 a.m., at 450 Golden Gate Avenue, San Francisco, California, 94102, in Courtroom E, 15th Floor.

**IT IS SO ORDERED.**

Dated: July 10, 2014

                                   ELIZABETH D. LAPORTE
                                   United States Chief Magistrate Judge