IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> IKOR, INC., et al, <br><br> Defendants. | No. C -11-05452(EDL) <br><br> **ORDER ON PLAINTIFF'S MOTION TO CONTINUE TRIAL AND RELATED DATES (DKT. 172)** |

Plaintiff brought this motion for an order continuing the trial and related dates by three months. "A schedule may be modified for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); <u>see also</u> <u>Zivkovic v. S. Cal. Edison Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002 ) ("the pretrial scheduling order can only be modified 'upon a showing of good cause'"). "Good cause" is shown when the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." <u>Id.</u> (quoting <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 607 (9th Cir. 1992)). For the reasons stated at the July 29, 2014 hearing, and good cause being shown, Plaintiff's motion is hereby GRANTED as modified below:

| | |
|---|---|
| Fact discovery deadline | October 1, 2014 |
| Opening expert reports | October 22, 2014 |
| Rebuttal expert reports | November 14, 2014 |
| Completion of expert discovery | November 21, 2014 |
| Deadline to file summary judgment motions | December 19, 2014 |
| Summary judgment hearing | February 17, 2015 |

| Motions in limine and joint pretrial statement | March 16, 2015 |
| Pretrial conference | April 14, 2015 |
| Trial | May 4, 2015 |

**IT IS SO ORDERED.**

Dated: July 29, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

2