IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C -11-05452(EDL) |
| Plaintiff, | **ORDER RE: DKT. 209** |
| v. | |
| IKOR, INC., et al., | |
| Defendants. | |

The Court is in receipt of Defendants' August 28, 2014 letter. Plaintiff is hereby ordered to file a response of no more than three pages by September 5, 2014. The Parties are directed to file no additional letters or briefing on this matter unless ordered by the Court. The Parties are reminded that this Court's Standing Orders state that discovery disputes shall be submitted to the Court via noticed motion. No future discovery disputes, if any, will be accepted via letter without prior court approval.

**IT IS SO ORDERED.**

Dated: September 2, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge