IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C -11-05452(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| IKOR, INC., et al., | |
| Defendants. | |

On August 28, 2014, Defendants filed a letter – in violation of this Court's standing orders – requesting this Court to issue an order compelling Plaintiff to "immediately" produce "all Applications by [Plaintiff] and affiliated entities including New-a-IKOR (NEWAI) to the European Medicines Agency ("EMEA") and, additionally, the New Zealand Food Safety Authority ("NZFSA") for the compound/drug identified as 'Oxapex' or, alternatively, 'OC99.'" (Dkt. 209 at 1.) Plaintiff responded that it had produced most of the requested documents and identified them by bates number. (Dkt. 211 at 2.) Plaintiff further stated that it "has not filed any documents with the NZHRA other than those already produced" and is in the process of collecting and preparing "the second EMEA application referenced at the deposition of Carl Rausch" for production. (Id. at 3-4.) After considering Defendants' improper letter and Plaintiff's response, Defendants' request is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: September 10, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge