UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., | No. C-11-05452 EDL (DMR) |
| Plaintiff(s), | **ORDER RE PLAINTIFF'S REQUEST FOR MONETARY SANCTIONS [DOCKET NO. 219]** |
| v. | |
| IKOR, INC. ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 25, 2014, the court held a hearing on Plaintiff's motion for terminating sanctions and ordered the parties to submit further briefing regarding monetary sanctions. [Docket No. 215.] The court indicated to the parties that it might set the matter for hearing after reviewing the briefing. On October 3, 2014, Plaintiff filed its opening brief in compliance with the court's order and noticed the matter for hearing on November 13, 2014. [Docket No. 219.] The court hereby vacates the November 13, 2014 hearing date. The court may re-set the matter for a hearing after reviewing all briefing.

IT IS SO ORDERED.

Dated: October 7, 2014

DONNA M. RYU
United States Magistrate Judge