UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOGTALE, LTD.,

    Plaintiff,

    v.

IKOR, INC., et al.,

    Defendants.

Case No.  11-cv-05452 EDL

**ORDER**

    This matter is hereby referred to Magistrate Judge Laurel Beeler of this court to conduct a further settlement conference prior to August 25, 2015.  Judge Beeler's chambers will advise counsel of the date and time for the conference.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE