Mark C. Goodman (Bar No. 154692)
Cristin D. Morneau (Bar No. 295794)
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: 415.374.2300
Facsimile: 415.374.2499
mark.goodman@hoganlovells.com
cristin.morneau@hoganlovells.com

Attorneys for Plaintiff
LOGTALE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| LOGTALE, LTD., a British Virgin Islands corporation<br><br>            Plaintiff,<br><br>      v.<br><br>IKOR, INC., a South Dakota corporation, DR. JAMES CANTON, an individual, and DR. ROSS W. TYE, an individual.<br><br>            Defendants. | Case No.: 3:11-CV-05452-EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO USE CERTAIN EQUIPMENT AT TRIAL** |

1  IT IS HEREBY ORDERED that the request of Plaintiff Logtale Ltd. to use the following
2  equipment at trial is GRANTED.

| QUANTITY | EQUIPMENT DESCRIPTION |
|---|---|
| 7 | 17" LCD Monitor |
| 1 | Projector (5000L to 6500L) |
| 1 | Wolfvision Visualizer VZ-8 Plus |
| 4 | DaLite Projectostand (25" x 17") |
| 1 | Extron 1" x 6" out VGA DA |
| 1 | Inline 1" x 8" VGA DA |
| 1 | Inline 6" x 1" out VGA Switch |
| 1 | Desktop Speakers |
| 1 | Tech Table (18" x 60") with skirt |
| 1 | Extron 2" x 2" out VGA Switch |

Dated: September 10, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1  Date:  September 4, 2015                    HOGAN LOVELLS US LLP

3                                              By: */s/ Mark C. Goodman*
                                                  Mark C. Goodman
4                                                 Attorneys for Plaintiff
                                                  LOGTALE, LTD.