**FILED**

SEP 25 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., <br>     Plaintiff, <br> v. <br> IKOR, INC., et al., <br>     Defendants. | Case No. 11-cv-05452-EDL <br><br> **VERDICT** |

## BREACH OF CONTRACT

1. Was there a contract or contracts between the plaintiff, Logtale, and any of the defendants?

   __✓__ Yes        ____ No

*If your answer to Question 1 is yes with respect to any of the defendants, please answer Question 2. If you answered no as to all of the defendants, please proceed to Question 10.*

2a. Did plaintiff Logtale do all, or substantially all, of the significant things that the contract required it to do?

   __✓__ Yes        ____ No

2b. If your answer to Question 2a is no, was plaintiff Logtale excused from having to do all, or substantially all, of the significant things that the contract required it to do?

   ____ Yes        ____ No

*If you answered yes to either Question 2a or 2b, then answer Question 3. If you answered no to both questions, please proceed to Question 10.*

3. Were the defendants excused from performing all of their obligations under the contracts?

   ____ Yes        __✓__ No

*If your answer to Question 3 is no, please answer Question 4. If you answered yes, please proceed to Question 10.*

4. Did the defendants either: (1) fail to do something that the contract required or (2) do something that the contract prohibited?

__✓__ Yes          ____ No

*If your answer to Question 4 is yes, please answer Question 5. If you answered no, please proceed to Question 10.*

5. Was plaintiff Logtale harmed by any failure or action by any of the defendants?

__✓__ Yes          ____ No

*If your answer to Question 5 is yes, please answer Question 6. If you answered no, please proceed to Question 10.*

6. State the amount of damages, if any, that IKOR, James Canton and/or Ross Tye owe to plaintiff Logtale. If you find that no damages should be awarded, write "None."

| | |
|---|---|
| IKOR | $ 666,667.00 |
| James Canton | $ 666,667.00 |
| Ross Tye | $ 666,667.00 |

*Proceed to Question 7.*

## BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

7.  Did IKOR interfere with plaintiff Logtale's right to receive any of the benefits of any of the contracts?

__✓__ Yes             ____ No

*If your answer to Question 7 is yes, please answer Question 8. If you answered no, proceed to Question 10.*

8.  Was Logtale harmed by IKOR's interference?

__✓__ Yes             ____ No

*If your answer to Question 8 is yes, please answer Question 9. If you answered no, proceed to Question 10.*

9.  State the amount of damages, if any, that IKOR owes to plaintiff Logtale as a result of its interference. If you find that no damages should be awarded for IKOR's breach of the implied covenants of good faith and fair dealing, write "None."

IKOR                                     $ 666,667.00

*Proceed to Question 10.*

## BREACH OF FIDUCIARY DUTY

10. Did any of the following defendants knowingly act against plaintiff Logtale's interests as a shareholder in IKOR?

James Canton     ✓ Yes     ___ No

Ross Tye     ✓ Yes     ___ No

*If your answer to Question 10 is yes with respect to either or both of these defendants, please answer Question 11. If you answered no as to both of these defendants, please proceed to Question 14.*

11. Did plaintiff Logtale knowingly consent to any of the following defendants acting contrary to its interests as a shareholder of IKOR? Only answer this question as to defendants for whom your answer to question 10 was yes.

James Canton     ___ Yes     ✓ No

Ross Tye     ___ Yes     ✓ No

*If your answer to Question 11 is no with respect either or both of these defendants, please answer Question 12. If you answered yes as to both of these defendants, please proceed to Question 14.*

12. Was plaintiff Logtale harmed in any way by the conduct of any of the following defendants? Only answer this question as to defendants for whom your answer to question 11 was no.

James Canton     ✓ Yes     ___ No

Ross Tye     ✓ Yes     ___ No

*If your answer to Question 12 is yes with respect to either or both of these defendants, please answer Question 13. If you answered no as to both of these defendants, please proceed to Question 14.*

13. State the amount of damages, if any, that James Canton and/or Ross Tye owe to plaintiff Logtale. If you find that no damages should be awarded, write "None." Only answer this question as to defendants for whom your answer to question 12 was yes.

James Canton $ 666,667.00

Ross Tye $ 666,667.00

*Proceed to Question 14.*

## PUNITIVE DAMAGES

14. Was the conduct of any of the following defendants undertaken with any fraud or oppression or malice? Only answer this question as to defendants for whom your answer to Question 12 was yes.

James Canton    √ Yes    ___ No

Ross Tye        √ Yes    ___ No

*If your answer to Question 14 is yes with respect to any of the defendants, please answer Question 15. If you answered no as to all of the defendants, please stop here and answer no further questions and have the presiding juror sign and date this form.*

15. What amount do you award in punitive damages? Only answer this question as to defendants for whom your answer to Question 14 was yes.

James Canton    $ 750,000.00

Ross Tye        $ 250,000.00

**PLEASE SIGN AND DATE THIS FORM AND RETURN IT TO THE COURT.**

DATED: 9/25/2015

SIGNED: [signature]