UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD.,<br>          Plaintiff,<br>    v.<br>IKOR, INC., et al.,<br>          Defendants. | Case No.  11-cv-05452-EDL<br><br>**ORDER** |

On September 25, 2015, the jury rendered a verdict in favor of Plaintiff on its claims for breach of contract, breach of the covenant of good faith and fair dealing, and breach of fiduciary duty. Any motion pursuant to Federal Rule of Civil Procedure 50 must be filed no later than October 2, 2015. Additionally, the Parties are ordered to meet and confer on Plaintiff's remaining claim for injunctive relief and, to the extent that this claim is still being pursued, submit a proposed briefing schedule by October 5, 2015.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge