UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>IKOR, INC., et al.,<br><br>    Defendants. | Case No. 11-cv-05452-EDL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>Re: Dkt. No. 422 |

  Plaintiff's request for injunctive relief is hereby GRANTED, as there is no dispute that IKOR has engaged in a pattern of repeated, unauthorized corporate acts and, therefore, injunctive relief is appropriate and required. Accordingly, IKOR is prohibited from engaging in ultra vires acts in violation of IKOR's Amended and Restated Articles of Incorporation, specifically including the following: (1) engaging in related-party transactions without Plaintiff's approval, (2) attempting to change the number and composition of the IKOR Board of Directors without Plaintiff's approval, (3) attempting any merger of the company or sale of the company's assets without Plaintiff's approval, (4) attempting to take any action that results in a corporate reorganization without Plaintiff's approval, (5) transferring ownership or control of the corporation without Plaintiff's approval, (6) providing insufficient notice of IKOR Board of Directors' and/or shareholders' meetings and/or (7) issuing or transferring IKOR shares without prior written notice to Plaintiff.

  **IT IS SO ORDERED.**

Dated: February 8, 2016

*[signature: Elizabeth D. Laporte]*
ELIZABETH D. LAPORTE
United States Magistrate Judge