UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD.,<br><br>       Plaintiff,<br><br>  v.<br><br>IKOR, INC., et al.,<br><br>       Defendants. | Case No.  11-cv-05452-EDL<br><br>**ORDER RE: PROPOSED JUDGMENT** |

On September 25, 2015, the jury rendered a verdict in this matter on Plaintiff's claims for breach of contract, breach of the covenant of good faith and fair dealing, breach of fiduciary duty, and punitive damages.  On February 8, 2016, this Court granted Plaintiff's motion for injunctive relief and granted in part and denied in part Defendants' post-trial motions.  Accordingly, Plaintiff is hereby ordered to file a proposed judgment in this matter by February 22, 2016.  Defendants' objections to Plaintiff's proposed judgment, if any, shall be filed by February 25, 2016.

**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge