UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD.,<br>            Plaintiff,<br>     v.<br>IKOR, INC., et al.,<br>            Defendants. | Case No.  11-cv-05452-EDL<br><br>**ORDER RE SUPPLEMENTAL BRIEFS** |

On May 31, 2016, the Court heard argument on Defendants' Motion for Judgment as a Matter of Law, Defendants' Motion for New Trial, and Plaintiff's Motion for Fees and Costs.  The Court requested simultaneous supplemental briefs, not to exceed 10 pages, regarding (i) the nexus between the evidence presented at trial and the jury's contractual damages award, and (ii) whether the Court should decide whether Defendants breached the Stock Purchase Agreement in addressing Plaintiff's motion for attorneys' fees.  The Parties shall file the supplemental briefs by June 9, 2016.

**IT IS SO ORDERED.**

Dated:  June 1, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge