UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>IKOR, INC., et al.,<br><br>        Defendants. | Case No. 11-cv-05452-EDL<br><br>**ORDER GRANTING DEFENDANT IKOR, INC.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Re: Dkt. No. 519 |

Defendant IKOR, Inc. requests that its attorney, Jonathan K. Van Patten, be permitted to appear by telephone at the hearing on the Motion for Contempt scheduled for July 20, 2016 at 2:00 p.m.

Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

Unless otherwise directed by the courtroom deputy, counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: July 11, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge