1

2

3

4  UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6

7  LOGTALE, LTD.,                        Case No. 11-cv-05452-EDL

              Plaintiff,
8
                                         **ORDER GRANTING MOTION TO
9        v.                              WITHDRAW AS COUNSEL FOR IKOR**

10 IKOR, INC., et al.,                   Re: Dkt. No. 639

              Defendants.
11

12        On April 13, 2018, counsel for IKOR, Inc. ("IKOR") moved to withdraw as counsel for

13 this case.  In Compliance with the Court's February 26, 2018 order, counsel appeared for the

14 limited purpose of representing IKOR at a judgment debtor examination, which has been

15 completed.  For the reasons stated in counsel's reply, the Court **GRANTS** counsel's motion.

16        **IT IS SO ORDERED.**

17 Dated:  May 14, 2018

18

19 _____

20 ELIZABETH D. LAPORTE
   United States Magistrate Judge

21

22

23

24

25

26

27

28